# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RONALD FLEMING,** | : | |
| Petitioner, | : | CIVIL ACTION NO. 1:21-cv-1389 |
| v. | : | (JUDGE MANNION) |
| **KATY HILEMAN,** | : | |
| Respondent. | : | |

## ORDER

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** Judge Carlson's Report (Doc. 12) is **ADOPTED IN ITS ENTIRETY**;

**(2)** The case is **DISMISSED WITHOUT PREJUDICE**.

**(3)** The clerk is hereby directed to close the case.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATED: September 8, 2022**
21-1389-01-ORDER